

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 9, 2015

**VIA ECF**
Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

> RE: *United States v. Any and All Radio Station Transmission Equipment etc.*, 14 Civ. 991 (LTS); and
> *United States v. Any and All Radio Station Transmission Equipment etc.*, 14 Civ. 988 (RA)

Dear Judge Swain:

      This Office represents the United States in the above-referenced civil forfeiture actions filed on behalf of the Federal Communications Commission. The first case referenced above (14 Civ. 991) is pending before Your Honor, and the second (14 Civ. 988) is pending before Judge Abrams. I write respectfully to inform the Court of certain filing errors that have resulted in a claim for the seized materials associated with the complaint filed in 14 Civ. 988 being inadvertently filed in 14 Civ. 991. *See* 14 Civ. 991, Dkt. Entry Nos. 12, 13. The Government respectfully requests that the Court transfer that claim to the civil action styled, *United States v. Any and All Radio Station Transmission Equipment etc.*, 14 Civ. 988 (RA).

      Both referenced civil actions involve illegal radio stations operating in New York City. Both complaints were filed at the same time. In both cases, the Government sought and received warrants to seize materials used in connection with the transmission of illegal radio stations. The U.S. Marshals executed the warrants and served the related summonses and complaints in both actions on the same day. Unfortunately, the process receipts for both actions were filed in 14 Civ. 991. As a result, the claim filed by claimant Ariel Sanchez was filed under 14 Civ. 991 even though he seeks return of materials associated with the complaint filed in 14 Civ. 988. Therefore, the Government respectfully requests that the Court transfer the claim filed under 14 Civ. 991, namely Docket Entry Nos. 12 and 13, to 14 Civ. 988.

      If this request is granted, the Government anticipates promptly filing an application for forfeiture in 14 Civ. 991, and a motion addressing the claim in 14 Civ. 988. Additionally, as there are no claims filed seeking the return of items at issue in 14 Civ. 991, the Government does not believe a conference prior to the filing of its application of forfeiture is necessary in this matter.

      I thank the Court for its consideration of this letter.  We regret any inconvenience caused by the inadvertent filing error.

                                  Respectfully,

                                  PREET BHARARA
                                United States Attorney for the
                                Southern District of New York

By:    /s/*Arastu K. Chaudhury*
            ARASTU K. CHAUDHURY
            Assistant United States Attorney
            86 Chambers Street, 3rd Floor
            New York, New York 10007
            Tel:   (212) 637-2633
            Fax:  (212) 637-2750
            arastu.chaudhury@usdoj.gov

cc: Honorable Ronnie Abrams (via email and ECF)
    Ariel Sanchez, *pro se* claimant (via certified mail)